IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

PAUL WENDE, et al.,

    Plaintiffs,

vs.                                                             Civ. No. 01-502 MCA/WWD ACE
                                                                   Cons. w/01-1110 MCA/WWD

SIERRA VISTA HOSPITAL, INC.,
et al.,

    Defendants.

## MEMORANDUM OPINION AND ORDER

        This matter comes before the Court *sua sponte* following a status conference with the parties on May 21, 2002. Plaintiffs anticipate filing a motion seeking leave to file a third amended complaint in the near future. To allow time for the motion to be ruled on and for any realignment of parties or claims which might result from that ruling, it necessary to stay the taking of any depositions until and including **JULY 26, 2002**. During this interim, written discovery between the parties may be pursued. At **8:30 a.m. on FRIDAY, JULY 26, 2002**, counsel for the United States shall arrange for a conference call among counsel for all the parties and the Court. During that conference call, a discovery schedule will be set which will include, among other things, dates for disclosure of experts and service of their reports.

        This cause shall proceed in accordance with the foregoing.

        **IT IS SO ORDERED**.

                                                                                                                                              UNITED STATES MAGISTRATE JUDGE